# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SPAHO ILIR,
A# 055-033-907,

    Petitioner,

vs.                                         Case No. 4:15cv429-WS/CAS

LORETTA LYNCH, et al.,

    Respondents.

_____/

## REPORT AND RECOMMENDATION

       Petitioner, proceeding pro se, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner, a native and citizen of Albania, alleged that he was ordered removed from the United States on November 12, 2014. *Id.* The order became final on February 26, 2015, after review by the Board of Immigration Appeals. *Id.* Petitioner was taken into immigration custody on March 3, 2015, after release from prison and has been in custody since that time. *Id.* at 3, 4-5. Petitioner alleged that it is unlikely he will "be removed in the reasonably foreseeable future." *Id.* at 6. Thus, the petition seeks release from detention pursuant to the Supreme Court's decision in <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001).

       Finding the petition sufficient, Respondents were served, a notice of appearance was filed, and on November 5, 2015, Respondents filed a motion to dismiss the petition

as moot. ECF Nos. 8-9, 11. The motion advises that Petitioner was "removed from the United States to Albania" on September 25, 2015. ECF No. 11.[1] Attached to the motion to dismiss is a copy of Form I-205 which reveals Petitioner was removed via a flight from Miami, and his departure was witnessed by Immigration Officer Lynch. ECF No. 11-1 at 2.

As Petitioner has been removed, no further judicial remedy is available. This case should be dismissed as moot and the motion to dismiss should be **GRANTED**.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 11, be **GRANTED** and the petition for writ of habeas corpus, ECF No. 1, be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on November 12, 2015.

    S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] Several mail returns for Petitioner have been filed in this case. ECF Nos. 6, 10.

Case No. 4:15cv429-WS/CAS