UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SPAHO ILIR,
A# 055-033-907,

    Petitioner,

v.                                        4:15cv429-WS/CAS

LORETTA LYNCH, et al.,

    Respondents.

_____

ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (doc. 12) docketed November 12, 2015. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot.

    Upon review of the record, this court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The respondent's motion to dismiss (doc. 11) is GRANTED.

3.  The petitioner's petition for writ of habeas corpus is hereby DISMISSED as moot.

4.  The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this ___7th___ day of ___December___, 2015.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE